Sarah R. London (State Bar No. 267083)
slondon@lchb.com
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for Plaintiffs A.F. and L.F.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A.F. and L.F.,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>THE COOPER COMPANIES, INC.; COOPERSURGICAL, INC.; and DOES 1-10, inclusive,<br><br>　　　　　　　Defendants. | Case No. 4:24-cv-02610-JST<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

1  Plaintiffs A.F. and L.F. hereby give notice of the voluntary dismissal of their action as to all defendants, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), no defendants having served an answer or a motion for summary judgement.

Dated:  December 18, 2024

Respectfully submitted,

 */s/ Sarah R. London*
Sarah R. London (State Bar No. 267083)
slondon@lchb.com
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Attorney for Plaintiffs A.F. and L.F.*